IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONSUELA BUENTEO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-05-3154 |
| | § | |
| SBC COMMUNICATIONS INC. | § | |
| and SOUTHWESTERN BELL | § | |
| TELEPHONE, L.P., ET AL. | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

As the Court has granted Defendants SBC Communications Inc. and Southwestern Bell Telephone, L.P.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction (Document No. 7), the Court hereby

ORDERS that final judgment be entered in favor of Defendants SBC Communications Inc. and Southwestern Bell Telephone, L.P. Plaintiff Consuela Buenteo's claims against SBC Communications Inc. and Southwestern Bell Telephone, L.P. are DISMISSED WITHOUT PREJUDICE. Plaintiff shall take nothing from Defendants.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 4th day of April, 2006.

_____

DAVID HITTNER

United States District Judge